FILED

2019 JUL 25 P 3: 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /p/ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

19CR2852 DMS

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>EDINSON ERNESTO LOPEZ ORRALA (1),<br>JOSE ANGEL SANCHEZ MICEA (2),<br>CRISTOBAL INZUANZA ESPINOSA (3),<br>JESUS ANTONIO<br>         BONILLA RODRIGUEZ (4),<br>FRANCISCO MANUEL CHILA VILLA (5),<br>JONATHAN BARTOLO ORTIZ (6),<br>ALEX MANUEL MERO LOOR (7),<br>DARIO BLADIMIR<br>         PALOMINO YAGUAL (8),<br>HECTOR ANTONIO REYES REYES (9),<br><br>                Defendants. | Case No. ▮▮▮▮▮▮▮▮▮▮<br><br>I N D I C T M E N T<br><br>Title 46, U.S.C., Secs. 70503 and 70506(b) – Conspiracy to Distribute Cocaine on Board a Vessel; Title 46, U.S.C., Sec. 70503 – Possession of Cocaine with Intent to Distribute on Board a Vessel; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |

    The grand jury charges:

                                Count 1

    Beginning at a date unknown to the grand jury and continuing to on or about July 18, 2019, on board a vessel subject to the jurisdiction of the United States, while on the high seas, defendants EDINSON ERNESTO LOPEZ ORRALA, JOSE ANGEL SANCHEZ MICEA, CRISTOBAL INZUANZA ESPINOSA, JESUS ANTONIO BONILLA RODRIGUEZ, FRANCISCO MANUEL CHILA VILLA, JONATHAN BARTOLO ORTIZ, ALEX MANUEL MERO LOOR, DARIO BLADIMIR PALOMINO YAGUAL, and HECTOR ANTONIO REYES REYES, did knowingly and intentionally conspire

NEB:VPW:nlv:San Diego:7/25/19

together and with each other and with other persons unknown to the grand jury to distribute 5 kilograms and more, to wit: approximately 1035 kilograms (2321.5 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

Count 2

On or about July 18, 2019, on board a vessel subject to the jurisdiction of the United States, while on the high seas, defendants EDINSON ERNESTO LOPEZ ORRALA, JOSE ANGEL SANCHEZ MICEA, CRISTOBAL INZUANZA ESPINOSA, JESUS ANTONIO BONILLA RODRIGUEZ, FRANCISCO MANUEL CHILA VILLA, JONATHAN BARTOLO ORTIZ, ALEX MANUEL MERO LOOR, DARIO BLADIMIR PALOMINO YAGUAL, and HECTOR ANTONIO REYES REYES, did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 1035 kilograms (2321.5 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Section 70503, and Title 18, United States Code, Section 2.

DATED: July 25, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
NICOLE E. BREDARIOL
Special Asst. U.S. Attorney