UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2019 JUL 25 P 3: 20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

19CR2852 DMS

BY: ███████

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDINSON ERNESTO LOPEZ ORRALA, et al.,<br><br>  Defendants. | Case No. _____<br><br>**NOTICE OF RELATED CASE** |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Erick Isaac Gomez Gordillo, et al.</u>, Case No. 19CR-2851-DMS-01____, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

__X__ (2) Prosecution against different defendants arises from:

      _____ (a) A common wiretap

      _____ (b) A common search warrant

      __X__ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: July 25, 2019.

/s/ Robert S. Brewer, Jr.
ROBERT S. BREWER, JR.
United States Attorney